STATE of Missouri, Respondent,

v.

Willie GIBBS, Appellant.

No. 70492.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 8, 1997.

David L. Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

### ORDER

PER CURIAM.

Defendant, Willie Gibbs, appeals from the sentences imposed after a jury verdict finding him guilty of seven offenses in a single indictment for his involvement in three robberies consisting of two counts of first degree robbery and armed criminal action, one count of first degree assault, one count of first degree robbery, one count of armed criminal action, one count of first degree robbery and one count of armed criminal action. He was sentenced to three life sentences and two fifteen year sentences to be served concurrently, and two sentences of fifteen years to run concurrent with each other but consecutive to the other sentences.

We affirm the judgment pursuant to Rule 30.25(b). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. A memorandum solely for the use of the parties involved, has been provided explaining the reasons for our holdings.

Louis W. BURGESS, Appellant,

v.

STATE of Missouri, Respondent.

No. 71750.

Missouri Court of Appeals,
Eastern District,
Division One.

July 8, 1997.

Irene C. Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Appellant, Louis W. Burgess, appeals the judgment of the Circuit Court of St. Francois County denying his Rule 24.035 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).